## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**LARRY LEE MORRIS, JR.,**

      **Plaintiff,**

**v.**                                                  **Case No. 4:20-cv-232-AW-MAF**

**WALT MCNEIL, SHERIFF,**

      **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's June 24, 2020 Report and Recommendation. ECF No. 12. I have also considered de novo Plaintiff's objections (ECF No. 15) and the supplemental documents he submitted (ECF No. 14). I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.     The Report and Recommendation (ECF No. 12) is adopted and incorporated into this order.

2.     The clerk will enter a judgment that says, "The claims are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim."

3.     The clerk will close the file.

SO ORDERED on July 9, 2020.

                         s/ *Allen Winsor*_____
                         United States District Judge